**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:

LYNETTE MICHELLE LACEY ALEXIS PRESTON, Case No. 25-10173-KKS

Debtor. Chapter 7

_______________________________________/

**OBJECTION TO DEBTOR'S CLAIMS OF EXEMPTIONS REGARDING HOMESTEAD**

COMES NOW the movant, JEREMY HALES, by and through undersigned counsel, and pursuant to Bankruptcy Rule 4003 objects to Debtor's claims of exemption regarding Homestead Real Property and states as follows:

1. The Debtor filed Chapter 7 on July 8, 2025.
2. In Schedule C, the Debtor lists a 50% interest in real property as exempt homestead.
3. According to the public records, the real property located at 115 No. Otter Drive (Parcel ID # 0197000000) is within a municipality and exceeds ½ acre (listed at 1.66 acres).
4. Upon information and belief, the property does not contain a liveable structure.
5. Based on the foregoing, the real property is not legally exempt as homestead.

WHEREFORE, the movant requests this Court enter an Order sustaining his Objection to Debtor's Claims of Exemption Regarding Homestead Property and for such other relief as the Court deems just and reasonable.

/s/DENNIS J. LEVINE, ESQ.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
BROCK & SCOTT, PLLC
4919 Memorial Hwy., Suite 135
Tampa, FL 33634
813-836-7648
954-618-6954 (fax)
Dennis.LeVine@brockandscott.com
Theresa.Byington@brockandscott.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Objection to Debtors' Claims of Exemptions Regarding Homestead was furnished either by electronic or standard first-class mail to the parties listed below on August 12, 2025.

/s/DENNIS J. LEVINE, ESQ.
DENNIS J. LEVINE, ESQ.

Lynette Michelle Lacey Alexis Preston
151 North Otter Creek Ave.
Otter Creek, FL 32683

Jerome Ramsaran, Esq.
1200 Brickell Ave., Ste 1950
Miami, FL 33131

Theresa M. Bender, Trustee
P.O. Box 14557
Tallahassee, FL 32317

United States Trustee
110 E. Park Ave., Suite 128
Tallahassee, FL 32301