FORM nhgnrlp (Rev. 10/20)

## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Gainesville Division

In Re: Lynette Michelle Lacey Alexis Preston
aka Lynette Michelle Lacey Alexis Karaidos, aka Lynette
Michelle Lacey Alexis Cook
SSN/ITIN: xxx–xx–2618
 Debtor

Bankruptcy Case No.:  25–10173–KKS

Chapter:  7
Judge:  Karen K. Specie

### Notice of Non–Evidentiary Hearing

　　PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on October 7, 2025, at 11:00 AM, ***Eastern Time***, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

　　***34*** – Debtor's Motion to Reinstate Case with Certificate of Service Filed by Jerome Ramsaran on behalf of Lynette Michelle Lacey Alexis Preston (Attachments: # 1 Exhibit A # 2 Cover Letter) (lfr)

Dated: September 5, 2025

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Jerome Ramsaran shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.