**Fill in this information to identify your case:**

Debtor 1: Lynette Michelle Lacey Alexis Preston
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Florida

Case number: 25-10173-KKS
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x /s/ Lynette preston (Dec 3, 2025 13:09:14 EST)
Signature of Debtor 1

x _____
Signature of Debtor 2

Date 12/03/2025
   MM / DD / YYYY

Date _____
   MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

[Print]  [Save As...]  [Add Attachment]    [Reset]