**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                                             CASE NO.: 25-10173-KKS
LYNETTE MICHELLE LACEY ALEXIS PRESTON,
  Debtor.                                                     CHAPTER 7

_____

**ORDER GRANTING 1)** *MOTION FOR CLARIFICATION OF ORDER*
*REINSTATING CASE* **(ECF No. 42) AND 2)** *CHAPTER 7 TRUSTEE'S*
*MOTION TO EXTEND and/or RESET THE TIME TO OBJECT TO*
*DISCHARGE OF DEBTOR* **(ECF No. 49)**

**THIS CASE** is before the Court on the *Motion for Clarification of Order Reinstating Case* (ECF No. 42) filed by Creditor, Jeremy Hales, and the *Chapter 7 Trustee's Motion to Extend and/or Reset the Time to Object to Discharge of Debtor* (ECF No. 49) filed by Theresa M. Bender, the Chapter 7 Trustee, on behalf of the Trustee, U.S. Trustee, Creditors, and parties in interest, seeking to extend the time to file a complaint objecting to the discharge of Debtor or to challenge the dischargeability of a debt. Having considered the motions, noting that the Debtor consents to the relief requested, and being otherwise fully advised in the premises, it is:

    **ORDERED:**

    **1.**    The *Motion for Clarification of Order Reinstating Case* (ECF No. 42) and the *Chapter 7 Trustee's Motion to Extend and/or Reset the Time to Object to Discharge of Debtor* (ECF No. 49) are **GRANTED.**

2. The deadline to object to discharge or to challenge whether certain debts are dischargeable is extended to February 27, 2026.

3. The hearing scheduled on January 6, 2026, is CANCELED.

DONE AND ORDERED _____December 31, 2025_____.

_____

KAREN K. SPECIE
U.S. BANKRUPTCY JUDGE

Order Prepared by: Theresa M. Bender, Trustee (Modified in Chambers)

Service: By the Court on all creditors and parties in interest on the List of Creditors.

2