FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re:  Lynette Michelle Lacey Alexis Preston     Bankruptcy Case No.:  25–10173–KKS
  aka Lynette Michelle Lacey Alexis Karaidos, aka Lynette
  Michelle Lacey Alexis Cook
  SSN/ITIN: xxx–xx–2618
   Debtor

Chapter:  7
Judge:  Karen K. Specie

---

**Notice of Non–Evidentiary Hearing**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on February 10, 2026, at 10:30 AM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

   *89* – Motion for Damages for Creditor Misconduct Filed by Jerome Ramsaran on behalf of Lynette Michelle Lacey Alexis Preston (Attachments: # 1 Exhibit Exhibit A – Memorandum of Law filed December 8, 2025 # 2 Exhibit Exhibit B – Order Granting Defendants Motion for Sanctions Pursuant to 57.105 F.S.) (Ramsaran, Jerome)

Dated: January 16, 2026

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Jerome Ramsaran shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.