UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:
LYNETTE MICHELL LACEY ALEXIS PRESTON,   Case No. 25-10173-KKS
                                          Chapter 7
   Debtor.
_____/

**PROOF OF SERVICE OF TRUSTEE'S APPLICATION FOR EMPLOYMENT OF COUNSEL FOR CHAPTER 7 TRUSTEE (DOC. 94)**

Kevin A. Forsthoefel, attorney of record for the Chapter 7 Trustee, Theresa M. Bender, hereby files this proof of service stating that a true and correct copy of the Trustee's Application for Employment of Counsel for Chapter 7 Trustee (Doc. 94) entered in the above-styled bankruptcy proceeding on February 2, 2026, has been furnished via CM/ECF System to those registered thereto in the above-styled bankruptcy matter and all parties listed on the certificate of service on this 3rd day of February, 2026.

**AUSLEY MCMULLEN**

*/s/ Kevin A. Forsthoefel*
Kevin A. Forsthoefel
Florida Bar No.: 092382
123 South Calhoun Street (32301)
P.O. Box 391
Tallahassee, Florida 32302
(850)224-9115
Fax (850)222-7560
kforsthoefel@ausley.com

*Attorney for Theresa M. Bender, Chapter 7 Trustee*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the CM/ECF System to those registered thereto in the above-styled bankruptcy proceeding on this 3rd day of February, 2026 and the following via electronic notice or by standard first-class mail and to those listed on the attached Mailing Matrix (excluding the aforementioned):

Dennis Jay LeVine (Dennis.LeVine@brockandscott.com)
Randall M. Shochet (attorneys@counsel.insure)
Jerome Ramsaran (jerome@ramsaranlawgroup.com)
Theresa M. Bender (tmbenderch7@gmail.com)
U.S. Trustee (USTPRegion21.TL.ECF@usdoj.gov)
Lynette Michelle Lacey Alexis Preston, via U.S. Mail at 151 North Otter Creek Avenue, Otter Creek, FL 32683

                                            */s/ Kevin A. Forsthoefel*
                                            Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 25-10173-KKS<br>Northern District of Florida<br>Gainesville<br>Mon Feb  2 17:02:39 EST 2026 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Jeremy Hales<br>c/o Brock & Scott, PLLC<br>4919 Memorial Hwy., Suite 135<br>Tampa, FL 33634-7510 | Lynette Michelle Lacey Alexis Preston<br>151 North Otter Creek Avenue<br>Otter Creek, FL 32683 | U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 |
| (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 | Brett Granger<br>c/o Randall Shochet, Esq.<br>409 N. Main Street<br>Trenton, FL 32693-3443 | Chase Bank, N.A.<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Cricket Wireless LLC<br>208 S. Akard Office<br>Dallas, TX 75202-4206 | Cricket Wireless LLC<br>208 S. Akard Office, #2900.13<br>Dallas, TX 75202-4206 |
| Deanna West<br>c/o Randall Shochet, Esq.<br>409 N. Main Street<br>Trenton, FL 32693-3443 | Deanna West and Martha Rizk<br>351 SW State Road 24<br>Bronson, FL 32621-0110 | Elephant Shoe LLC<br>c/o Randall Shochet, Esq.<br>409 N. Main Street<br>Trenton, FL 32693-3443 |
| Grow Financial Federal Credit Union<br>Attn: Legal Department<br>P.O. Box 89909<br>Tampa, FL 336890415 | Grow Financial Federal Credit Union<br>Attn: Legal Dept<br>PO Box 89909<br>Tampa, FL 33689-0415 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Jeremy Hales<br>2436 Streetsboro Road<br>Peninsula, OH 44264 | Jeremy Hales<br>c/o Dennis J. LeVine, Esq.<br>Brock and Scott PLLC<br>4919 Memorial Hwy., Suite 135<br>Tampa, FL 33634-7510 | Jeremy Hales<br>c/o Randall Shochet, Esq.<br>409 N. Main Street<br>Trenton, FL 32693-3443 |
| John Cook<br>151 North Otter Creek Avenue<br>Otter Creek, FL 32683 | Larry Forman, Esq.<br>1139 South Fourth Street<br>Louisville, KY 40203-3155 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Martha Rizk<br>351 SW State Road 24<br>Bronson, FL 32621-0110 | Medallion Bank<br>PO Box 3999<br>St. Joseph, MO 64503-0999 | One Main Financial<br>100 International Drive, 16th Floor<br>Baltimore, MD 21202-4673 |
| Paypal Credit<br>PO Box 71707<br>Philadelphia, PA 19176-1707 | Quantum3 Group LLC as agent for<br>CKS Prime Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Randall Shochet<br>409 N. Main Street<br>Trenton, FL 32693-3443 |

| | | |
|---|---|---|
| Randall Shochet, Esq.<br>409 N. Main Street<br>Trenton, FL 32693-3443 | Rex West<br>440 SW 3rd Street<br>Otter Creek, FL 32683 | Sally Beauty Holdings, Inc.<br>3001 Colorado Boulevard<br>Denton, TX 76210-6802 |
| Service Financial<br>PO Box 645775<br>Cincinatti OH 45264-5775 | Service Financial<br>PO Box 645775<br>Cincinnati, OH 45264-5775 | Shane Willis<br>1051 NE 3rd Avenue<br>Trenton, FL 32693 |
| Synchrony Bank<br>Attn: Bankruptcy Department<br>P.O. Box 965065<br>Orlando, FL 328965065 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965065<br>Orlando, FL 32896-5065 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| Tarant Greaves<br>1649 South Shenley Avenue<br>Youngstown, OH 44511-1256 | Terese Granger<br>1177 Damron Road<br>Estill Springs, TN 37330-4308 | Terese Granger<br>c/o Randall Shochet, Esq.<br>409 N. Main Street<br>Trenton, FL 32693-3443 |
| Terese Granger - trespassing<br>1177 Damron Road<br>Estill Springs, TN 37330-4308 | Terese Granger and Brett Granger<br>1177 Damron Road<br>Estill Springs, TN 37330-4308 | Verizon Wireless<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304-2225 |
| United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Theresa M. Bender +<br>P.O. Box 14557<br>Tallahassee, FL 32317-4557 | Dennis Jay LeVine +<br>Brock & Scott, PLLC<br>4919 Memorial Highway<br>Suite 135<br>Tampa, FL 33634-7510 |
| United States Attorney General +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jerome Ramsaran +<br>Jerome Ramsaran, P.A.<br>1200 Brickell Ave<br>Ste 1950<br>Miami, FL 33131-3298 | Randall M Shochet +<br>Shochet Law Group<br>409 N. Main Street<br>Trenton, FL 32693-3443 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| United States Attorney's Office<br>111 North Adams Street<br>4th Floor<br>Tallahassee, FL 32301-7730 | Continental Finance Company<br>4550 Linden Hill Road, Ste. 400<br>Wilmington, DE 19808-2952 | (d)Continental Finance Company, LLC<br>4550 Linden Hill Rd, Ste 400<br>Wilmington, DE198082952 |

| | | |
|---|---|---|
| T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA 98015-3410 | (d)TMobile Bankruptcy Team<br>P.O. Box53410<br>Bellevue, WA980153410 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Brett Grangerc/o Randall Shochet, Esq.409 | (d)Chase Bank, N.A.<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | (d)Medallion Bank<br>PO Box 3999<br>St. Joseph, MO 64503-0999 |
| (d)Paypal Credit<br>PO Box 71707<br>Philadelphia, PA 19176-1707 | (d)Rex West<br>440 SW 3rd Street<br>Otter Creek,, FL 32683 | (d)Sally Beauty Holdings, Inc.<br>3001 Colorado Boulevard<br>Denton, TX 76210-6802 |
| (d)Shane Willis -<br>1051 NE 3rd Avenue<br>Trenton, FL 32693 | (d)Verizon Wireless<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304-2225 | (d)Theresa M. Bender +<br>P.O. Box 14557<br>Tallahassee, FL 32317-4557 |

```
End of Label Matrix
Mailable recipients    52
Bypassed recipients     9
Total                  61
```