UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

LYNETTE MICHELLE LACEY                    CASE NO.: 25-10173-KKS
ALEXIS PRESTON,                           CHAPTER: 7

     Debtor.

_____/

<u>ORDER DENYING *DEBTOR'S MOTION TO ENFORCE*
*THE AUTOMATIC STAY AND FOR DAMAGES*
*PURSUANT TO 11 U.S.C. § 362(k)* (ECF No. 89)</u>

THIS CASE came before the Court for hearing on February 10, 2026, upon *Debtor's Motion to Enforce the Automatic Stay and for Damages Pursuant to 11 U.S.C. § 362(k)* ("Motion," ECF No. 89), *Creditor Jeremy Hales' Response in Opposition to Debtor's Motion to Enforce the Automatic Stay and for Damages Pursuant to 11 U.S.C. § 362(k)(Doc. 89)* ("Response," ECF No. 90), and *Debtor's Reply to Creditor Jeremy Hales' Response in Opposition to Debtor's Emergency Motion to Enforce the Automatic Stay and for Damages Pursuant to 11 U.S.C. § 362(k)* ("Reply," ECF No. 92).

Having considered the Motion, Response and Reply, having heard argument of counsel, and having reviewed the applicable caselaw, for the

reasons announced in open Court at the hearing it is:

**ORDERED:** The *Debtor's Motion to Enforce the Automatic Stay and for Damages Pursuant to 11 U.S.C. § 362(k)* (ECF No. 89) is **DENIED**.

**DONE and ORDERED** on _____March 12, 2026_____.

_____

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc: Attorney Jerome Ramsaran, Esq. is directed to serve a copy of this Order on interested parties and file a certificate of service within three (3) business days of entry of this Order.