UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:
LYNETTE MICHELL LACEY ALEXIS PRESTON,                Case No. 25-10173-KKS
                                                     Chapter 7

     Debtor.

_____/

**PROOF OF SERVICE OF ORDER APPROVING TRUSTEE'S APPLICATION TO
EMPLOY AND APPOINT COUNSEL UNDER GENERAL RETAINER (DOC. 104)**

Kevin A. Forsthoefel, attorney of record for the Chapter 7 Trustee, Theresa M. Bender, hereby files this proof of service stating that a true and correct copy of the Order Approving Trustee's Application To Employ And Appoint Counsel Under General Retainer (Doc. 104) entered in the above-styled bankruptcy proceeding on March 17, 2026, has been furnished via CM/ECF System to those registered thereto in the above-styled bankruptcy matter and all parties listed on the certificate of service on this 17th day of March, 2026.

**AUSLEY MCMULLEN**

*/s/ Kevin A. Forsthoefel*
Kevin A. Forsthoefel
Florida Bar No.: 092382
123 South Calhoun Street (32301)
P.O. Box 391
Tallahassee, Florida 32302
(850)224-9115
Fax (850)222-7560
kforsthoefel@ausley.com

*Attorney for Theresa M. Bender, Chapter 7 Trustee*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the CM/ECF System to those registered thereto in the above-styled bankruptcy proceeding on this 17th day of March, 2026 and the following via electronic notice or by standard first-class mail and to those listed on the attached Mailing Matrix (excluding the aforementioned):

Dennis Jay LeVine (Dennis.LeVine@brockandscott.com)
Randall M. Shochet (attorneys@counsel.insure)
Jerome Ramsaran (jerome@ramsaranlawgroup.com)
Theresa M. Bender (tmbenderch7@gmail.com)
U.S. Trustee (USTPRegion21.TL.ECF@usdoj.gov)
Lynette Michelle Lacey Alexis Preston, via U.S. Mail at 151 North Otter Creek Avenue, Otter Creek, FL 32683

/s/ Kevin A. Forsthoefel
Attorney