# EXHIBIT A

**IN THE UNITED STATES BAKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASE DIVISION**

IN RE:

LYNETTE MICHELLE LACEY
    ALEXIS PRESTON,                                Case No. 25-10173-KKS

         Debtor.                                   Chapter 7

_____/

TO: LYNETTE MICHELLE LACEY ALEXIS PRESTON
  151 North Otter Creek Avenue
  Otter Creek, FL    32683

### NOTICE OF TAKING DEPOSITION OF LYNETTE PRESTON

PLEASE TAKE NOTICE that pursuant to Rules 7030 and 9014, Federal Rules of Bankruptcy Procedure, JERMEY HALES will take the deposition in person upon oral examination of the Debtor, LYNETTE MICHELLE LACEY ALEXIS PRESTON, to be examined as to the Objection to Debtor's Claim of Exemptions Regarding Homestead [Doc. 26] before a Notary Public or other qualified officer on May 27, 2026 at 8 o'clock A.M. at 355 S Court St, Bronson, FL 32621. The witness shall produce the documents listed on Exhibit "A" attached hereto to counsel for HALES at least five days prior to the date of the deposition.

By: /s/ Randall Shochet, Esq.
Randall ("Randy") Shochet, Esq.
Florida Bar No. 959421
SHOCHET LAW GROUP
SHOCHET APPELLATE, LLC
409 N. Main Street
Trenton, FL 32693
(352) 354-4518
attorneys@counsel.insure

/s/ DENNIS J. LEVINE, ESQ.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
BROCK & SCOTT, PLLC
4919 Memorial Hwy., Suite 135
Tampa, FL    33634
813-836-7648
954-618-6954 (fax)

Dennis.LeVine@brockandscott.com
Theresa.Byington@brockandscott.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing document was served via CM/ECF to the below-listed person(s) and entities:

Jerome Ramsaran, Esq.
1200 Brickell Ave., Ste 1950
Miami, FL 33131

United States Trustee, USTPRegion21.TL.ECF@usdoj.gov

on this 28th day of April, 2026.

/s/ DENNIS J. LEVINE, ESQ.
DENNIS J. LEVINE, ESQ.

**EXHIBIT "A"**

1. **All documents that support Your claim of a homestead exemption for the vacant land located at 151 N. Otter Creek Avenue, Otter Creek, Florida which you list in Schedule C.**

2. **All documents showing Your intent to establish the vacant land in Otter Creek, Florida as Your homestead on or before July 8, 2025, including but not limited to building plans, construction timelines, and correspondence with contractors.**

3. **All documents showing Your actual use and occupancy of the vacant land in Otter Creek, Florida, on or before July 8, 2025, including but not limited to utility bills, mail delivery records, and voter registration.**

4. **All documents relating to the expired building permit for the vacant land in Otter Creek, Florida, including the original permit application, any extensions, and communications regarding the requirement for new architectural plans.**

5. **All documents showing the source of funds used to purchase the vacant land in Otter Creek, Florida, including but not limited to closing statements, bank records, and wire transfer confirmations.**

6. **All documents relating to the sale of Your prior homestead property located in Northport, Florida, including but not limited to the closing statement, deed, and documentation showing how the proceeds were used.**

7. **All documents showing Your ownership interest in the vacant land in Otter Creek, Florida, including but not limited to the deed, title insurance policy, and any agreements between You regarding ownership rights.**

8. **All tax documents relating to the vacant land in Otter Creek, Florida, including but not limited to property tax statements, homestead exemption applications, and tax**

returns that reference the property.

9. All documents showing Your permanent residence address(es) for the past three years, including but not limited to driver's licenses, voter registration cards, and tax returns.

10. All documents showing the status of any construction or improvement plans for the vacant land in Otter Creek, Florida on or before July 8, 2025 , including but not limited to architectural plans, construction contracts, and permit applications.

11. All documents relating to the two sheds located on the vacant land in Otter Creek, Florida, including but not limited to purchase receipts, building permits, and photographs.

12. All documents relating to the well located on the vacant land in Otter Creek, Florida, including but not limited to permits, installation records, and water quality tests.

13. All documents showing Your intent on or before July 8, 2025 to reside on the vacant land in Otter Creek, Florida as Your primary residence, including but not limited to change of address notifications, homeowner's insurance policies, and correspondence regarding establishing residency.

14. All documents showing any mortgage, loan, or financing related to the vacant land in Otter Creek, Florida, including but not limited to loan applications, mortgage statements, and promissory notes.

15. All documents showing any homestead declaration, homestead exemption application, or similar filing made with any governmental entity regarding the vacant land in Otter Creek, Florida.

16. All documents showing the current use of the vacant land in Otter Creek, Florida,

including but not limited to photographs, videos, and written descriptions.

17. All documents showing Your physical presence on the vacant land in Otter Creek, Florida on or before July 8, 2025, including but not limited to photographs, videos, and witness statements.

18. All documents relating to any other real property in which You claim an ownership interest, including but not limited to deeds, mortgages, and tax records.

19. All documents relating to any other real property for which You have claimed a homestead exemption in the past five years.

20. All documents showing Your tenancy in common arrangement for the vacant land in Otter Creek, Florida, including but not limited to agreements regarding use, maintenance, and financial responsibilities