# EXHIBIT B

 Gmail

Jennifer Pernas <jennifer@ramsaranlawgroup.com>

## Fwd: Preston Deposition May 27, 2026
7 messages

**Jerome Ramsaran** <jerome@ramsaranlawgroup.com>
To: Jennifer Pernas <jennifer@ramsaranlawgroup.com>

Fri, May 15, 2026 at 3:11 PM

see attached

---------- Forwarded message ---------
From: **rshochet@shochetlaw.com** <rshochet@shochetlaw.com>
Date: Tue, Apr 28, 2026 at 9:45 AM
Subject: Preston Deposition May 27, 2026
To: Dennis LeVine <Dennis.LeVine@brockandscott.com>, Jerome Ramsaran <jerome@ramsaranlawgroup.com>, Kevin Forsthoefel <kforsthoefel@ausley.com>
Cc: Shochet Law Group <attorneys@counsel.insure>


Mr. Ramsaran: please see attached notice of deposition for your client.


**Sincerely,**
**Randall "Randy" Shochet, Esq.**
**Attorney at Law**
**Office Phone 352-354-4518**

Shochet Law Group
SHOCHET APPELLATE, LLC
**409 N. Main Street**
**Trenton, FL 32693**

The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message.

---

**From:** Dennis LeVine <Dennis.LeVine@brockandscott.com>
**Date:** Tuesday, March 31, 2026 at 3:37 PM
**To:** Jerome Ramsaran <jerome@ramsaranlawgroup.com>
**Cc:** rshochet@shochetlaw.com <rshochet@shochetlaw.com>
**Subject:** Preston - Interrogatories

Pursuant to Bankruptcy Rule 7033, attached are Interrogatory questions for your client to respond to. Please note the following requirements under the Rule –

1. The interrogatories must be answered by your client.
2. The answers must be served within 30 days or being served
3. Each interrogatory must, to the extent it is not objected to, be answered separately and fully in writing under oath. is waived unless the court, for good cause, excuses the failure.
4. The person who makes the answers must sign them.

Dennis

**Dennis LeVine**
Managing Partner
Auto Bankruptcy and Replevin Creditors Rights Team




Brock & Scott, PLLC
Ph: 813-836-7648

Dennis.LeVine@brockandscott.com
Licensed in: FL

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, IN, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT, VA and WV**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. If you are a debtor in an active bankruptcy case, are under the protection of a bankruptcy stay or your personal liability for this debt has been discharged in a bankruptcy proceeding and you have not reaffirmed the debt, this communication is for informational and compliance purposes only, and we are not attempting to collect the debt from you personally.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

--
Jerome Ramsaran, Esq.
Ramsaran Law Group, - A Law Firm
1200 Brickell Ave., Suite 1950
Miami, FL 33131
Tel. (888) 423-9393 | Fax (866) 473-2260
www.ramsaranlawgroup.com

*\*Admitted to the practice of law in Florida*
*\*Admitted to the practice of law in D.C.*

This transmission is intended for the sole use of the individual and entity to whom it is addressed. Privileged and confidential information may be contained in this message. You are hereby notified that any dissemination, distribution, or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. Opinions, conclusions and other information in this message that do not relate to official business of my organization shall be understood as neither given nor endorsed by it. If your receipt of this transmission is in error, please notify this company immediately by reply to this transmission.

**Notice of Taking Deposition. Homestead[34].pdf**
96K

---

**Jennifer Pernas** <jennifer@ramsaranlawgroup.com>      Fri, May 15, 2026 at 6:16 PM
To: rshochet@shochetlaw.com
Cc: Dennis.LeVine@brockandscott.com, Kevin Forsthoefel <kforsthoefel@ausley.com>, Jerome Ramsaran <jerome@ramsaranlawgroup.com>, Amarie Gonzalez <amarie@ramsaranlawgroup.com>

Randy,

We received the attached deposition notice and wanted to check whether the May 27, 2026 date had previously been coordinated, as we do not show prior coordination regarding that date.

Unfortunately, our client has a conflict on the noticed date. John Cook is scheduled for surgery that same day and will not be available to assist with childcare. As you may recall, concerns were previously raised during one of the Section 341 meetings regarding background noise and distractions, and our client is unable to attend alone with her child present.

Please let us know if there are alternative dates available so we can coordinate accordingly.

Thank you,

**Jennifer Pernas** – **Paralegal**
**WE MOVED!!!!! PLEASE NOTE OUR NEW MAILING ADDRESS**
Ramsaran Law Group, - A Law Firm
1200 Brickell Ave., Suite 1950
Miami, FL 33131
Tel. (888) 423-9393 | Fax (866) 473-2260
www.ramsaranlawgroup.com

E-mail | Website

E- SERVICE EMAIL FOR ALL PLEADINGS ONLY: info@ramsaranlawgroup.com
*******************************
Email for scheduling and non pleadings go to: info@ramsaranlawgroup.com
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

[Quoted text hidden]

---

**rshochet@shochetlaw.com** <rshochet@shochetlaw.com>             Fri, May 15, 2026 at 6:46 PM
To: Jennifer Pernas <jennifer@ramsaranlawgroup.com>
Cc: "Dennis.LeVine@brockandscott.com" <Dennis.LeVine@brockandscott.com>, Kevin Forsthoefel <kforsthoefel@ausley.com>, Jerome Ramsaran <jerome@ramsaranlawgroup.com>, Amarie Gonzalez <amarie@ramsaranlawgroup.com>

This was coordinated over the phone weeks ago between myself and Mr. Ramsaran. And also this deposition date told to the court at the last status conference with everybody present - no objections were made. We can show you a history of these excuses, trying to postpone and avoid depositions in other cases with these same people. We will see your client at the deposition as scheduled.

Get Outlook for iOS

---

**From:** Jennifer Pernas <jennifer@ramsaranlawgroup.com>
**Sent:** Friday, May 15, 2026 6:16 PM
**To:** rshochet@shochetlaw.com <rshochet@shochetlaw.com>
**Cc:** Dennis.LeVine@brockandscott.com <Dennis.LeVine@brockandscott.com>; Kevin Forsthoefel <kforsthoefel@ausley.com>; Jerome Ramsaran <jerome@ramsaranlawgroup.com>; Amarie Gonzalez <amarie@ramsaranlawgroup.com>
**Subject:** Re: Preston Deposition May 27, 2026

[Quoted text hidden]

---

**Jennifer Pernas** <jennifer@ramsaranlawgroup.com>             Fri, May 15, 2026 at 7:20 PM
To: "rshochet@shochetlaw.com" <rshochet@shochetlaw.com>
Cc: "Dennis.LeVine@brockandscott.com" <Dennis.LeVine@brockandscott.com>, Kevin Forsthoefel <kforsthoefel@ausley.com>, Jerome Ramsaran <jerome@ramsaranlawgroup.com>, Amarie Gonzalez <amarie@ramsaranlawgroup.com>

Counsel,

To avoid any future misunderstandings, all deposition dates and scheduling matters will need to be coordinated and confirmed in writing going forward.

Our client is not attempting to avoid her deposition and remains willing to appear. However, she is unavailable on the currently noticed date due to childcare obligations, as she is unable to care for her special needs child while attending the deposition and arrangements must be made for someone to watch the child during that time. Mr. Cook is the only other person available to care for the child, and he is scheduled to undergo surgery on the currently noticed date.

However, we can accommodate your office on May 26, 2026, May 28, 2026, or May 29, 2026, or any day thereafter. We are also willing to consider earlier dates if provided by your office. Please let us know which dates work for your office so we may coordinate accordingly.

Thank you,

**Jennifer Pernas – Paralegal**
**WE MOVED!!!!! PLEASE NOTE OUR NEW MAILING ADDRESS**
Ramsaran Law Group, - A Law Firm
1200 Brickell Ave., Suite 1950
Miami, FL 33131
Tel. (888) 423-9393 | Fax (866) 473-2260
www.ramsaranlawgroup.com

E-mail | Website

E- SERVICE EMAIL FOR ALL PLEADINGS ONLY: info@ramsaranlawgroup.com
*******************************
Email for scheduling and non pleadings go to: info@ramsaranlawgroup.com
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

[Quoted text hidden]

---

**rshochet@shochetlaw.com** <rshochet@shochetlaw.com>             Mon, May 18, 2026 at 9:55 AM
To: Jennifer Pernas <jennifer@ramsaranlawgroup.com>
Cc: "Dennis.LeVine@brockandscott.com" <Dennis.LeVine@brockandscott.com>, Kevin Forsthoefel <kforsthoefel@ausley.com>, Jerome Ramsaran <jerome@ramsaranlawgroup.com>, Amarie Gonzalez <amarie@ramsaranlawgroup.com>

We have other commitments those days. We cannot accommodate another attempt to avoid depositions. The history here is available or everyone to see if they want to see it. We look forward to seeing your client at the deposition as

announced before the court at the last status conference.

**Sincerely,**
**Randall "Randy" Shochet, Esq.**
**Attorney at Law**
**Office Phone 352-354-4518**
Shochet Law Group
SHOCHET APPELLATE, LLC
**409 N. Main Street**
**Trenton, FL 32693**

The information contained in this e-mail and any attachments, is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by e-mail and delete the original message.

[Quoted text hidden]

---

**Jennifer Pernas** <jennifer@ramsaranlawgroup.com>      Mon, May 18, 2026 at 2:03 PM
To: Jerome Ramsaran <jerome@ramsaranlawgroup.com>
Cc: Amarie Gonzalez <amarie@ramsaranlawgroup.com>

Jerome,

Please see below and advise how you would like to proceed. As a possible option, I prepared the attached draft Emergency Motion for Protective Order regarding the deposition for your review should you believe it is appropriate.

Thank you,

**Jennifer Pernas – Paralegal**
**WE MOVED!!!!! PLEASE NOTE OUR NEW MAILING ADDRESS**
Ramsaran Law Group, - A Law Firm
1200 Brickell Ave., Suite 1950
Miami, FL 33131
Tel. (888) 423-9393 | Fax (866) 473-2260
www.ramsaranlawgroup.com

E-mail | Website

E- SERVICE EMAIL FOR ALL PLEADINGS ONLY: info@ramsaranlawgroup.com
*******************************
Email for scheduling and non pleadings go to: info@ramsaranlawgroup.com
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

[Quoted text hidden]

---

**Jennifer Pernas** <jennifer@ramsaranlawgroup.com>      Mon, May 18, 2026 at 3:23 PM
To: Jerome Ramsaran <jerome@ramsaranlawgroup.com>
Cc: Amarie Gonzalez <amarie@ramsaranlawgroup.com>

**Jennifer Pernas – Paralegal**
**WE MOVED!!!!! PLEASE NOTE OUR NEW MAILING ADDRESS**
Ramsaran Law Group, - A Law Firm
1200 Brickell Ave., Suite 1950
Miami, FL 33131
Tel. (888) 423-9393 | Fax (866) 473-2260
www.ramsaranlawgroup.com

E-mail | Website

E- SERVICE EMAIL FOR ALL PLEADINGS ONLY: info@ramsaranlawgroup.com
*******************************
Email for scheduling and non pleadings go to: info@ramsaranlawgroup.com
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Ramsarran Law Group Mail - Fwd: Preston Deposition May 27, 2026

[Quoted text hidden]

**Preston - Motion for Protective Order.docx**
12K