FORM nhgnrlp (Rev. 10/20)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Gainesville Division

In Re:  Lynette Michelle Lacey Alexis Preston            Bankruptcy Case No.:  25–10173–KKS
    aka Lynette Michelle Lacey Alexis Karaidos, aka Lynette
Michelle Lacey Alexis Cook
SSN/ITIN: xxx–xx–2618
  Debtor

                                                    Chapter:  7
                                                    Judge:  Karen K. Specie

### Notice of Non–Evidentiary Hearing

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on August 25, 2026, at 10:30 AM, **_Eastern Time_**, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

    **_129_** – Second Motion to Compel Filed by Randall M Shochet on behalf of Jeremy Hales (Shochet, Randall)

Dated: July 13, 2026            FOR THE COURT
                                        Traci E. Abrams, Clerk of Court
                                        110 E. Park Ave., Ste. 100
                                        Tallahassee, FL 32301

**SERVICE:** Randall Shochet shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.