UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

LYNETTE MICHELLE LACEY                    CASE NO.: 25-10173-KKS
ALEXIS PRESTON,                           CHAPTER: 7

     Debtor.

_____/

## ORDER DENYING *DEBTOR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND REQUEST FOR PRODUCTION* (ECF No. 117)

THIS CASE came before the Court for a status hearing on May 5, 2026, on Creditor, Jeremy Hales' *Objection to Debtor's Claims of Exemptions Regarding Homestead* (ECF No. 26). At the hearing, the court took up *Debtor's Motion for Extension of Time to Respond to Interrogatories and Request for Production* ("Motion," ECF No. 117). Creditor's counsel did not object to a short extension of time, so the Court granted the Motion, in part. At the conclusion of the hearing, the Court directed Debtor's counsel to submit the proposed order.[1]

On July 8, 2026, the Clerk issued a Notice to Submit Proposed Order stating, in pertinent part: "In accordance with the N.D. Fla. LBRs,

---

[1] *See* ECF No. 119.

Jerome Ramsaran [Debtor's counsel] is reminded of the requirement regarding timely submission of proposed orders."[2] To date, which is more than seventy-five (75) days from the Court's ruling, Debtor's counsel has not submitted a proposed order.

This Court's local rules require proposed orders to be submitted "within three (3) business days after the date of the hearing . . . ."[3] Debtor's counsel did not submit the proposed order when instructed to by the Court or as required by the Local Rules. For that reason, it is

ORDERED: *Debtor's Motion for Extension of Time to Respond to Interrogatories and Request for Production* (ECF No. 117) is DENIED.

**DONE AND ORDERED** on July 24, 2026.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc: Attorney Jerome Ramsaran is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

---

[2] ECF No. 130.
[3] N.D. Fla. LBR 9072-1(E).

2