AFFIDAVIT OF SERVICE

**IN THE UNITED STATE BANKRUPTCY COURT NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

Case No: 25-10173-KKS

IN RE:

Lynette Michaelle Lacey
Alexis Preson
Debtor

Attorney or Requesting Party: Randall Shochet, Esq
Shochet Law Group
409 N. Main Street
Trenton, FL 32693

---

I, Mark Newby, ("Affiant"), of Midstate Security and Investigations, LLC, received the writ: Subpoena To Produce Documents, Information, Or Objects In A Civil Action from the above listed attorney or requesting party on the 29th day of July, 2026 at 1:37 P.M. to be served on Lisa Lee, d/b/a "Two Lees In A Pod" at 2446 Overstreet Place, The Villages, Florida and served the same on the 30th day of July, 2026 at 9:18 A.M. by delivering a copy of the writ with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, (2446 Overstreet Place, The Villages, Florida), with a person believed to be residing therein who is 15 years of age or older as a member of the household and informing said person of their contents after the provisions as set forth in Section 48.031(1)(a), Florida Statutes have been met. I further certify that I have no interest in the above action, am of legal age, and have proper authority in the jurisdiction in which this service was made. The following are additional attestations related to this Service of Process.

On 07/29/2026 at approximately 5:30 PM, I arrived at the address 2446 Overstreet Place, The Villages, Florida. I found a golfcart parked in the driveway with the garage door slightly open. I noticed exterior cameras on both sides of the garage door.

Because the door and doorbell were inside the front porch, I entered the porch. I knocked on the door and rang the doorbell repeatedly but with no response. Inside the front porch I noticed a table, chairs, and a television that was not on. There was an uncovered birdcage that contained two live birds. With no response, I left.

I went to the next-door neighbor's house to see if they could confirm that Lisa Lee lives next door. With no response, I left.

As I was walking back to my vehicle, a white female with brown hair approached me on the street. I asked her if she was Lisa. She answered that she was not Lisa, but she was a friend of hers. I asked her if she knew if Lisa was home and she answered that Lisa should be home. She then tried knocking on Lisa's door herself but with no response.

I gave this lady my business card and asked if she would give Lisa a message to call me, to which she replied that she would.

At approximately 5:45 PM on the same day, I received a phone call from a "Restricted Number". The female voice said that she was responding to a person who was just at her house and left a card. I asked if this was "Lisa" and she asked who I was. I identified myself telling her that I had a package that needed to be given to her. She asked who the package was from and I told her that it was official Process and that it was important that she get it. She said that I should have just left it with the neighbor that I spoke with earlier. She pressed me to find out who was

 MN

sending it and I told her that it was regarding a matter in a Federal court. She said that she knew all about it and that it was just someone trying to cause trouble.

I asked her how I could get these documents to her. She said that she was "out of town". I told her that I had seen evidence that suggested someone may have been at her house. She answered that it was her husband. She said that I could give the papers to him. I told her that I would prefer to give them to her directly. She said that she would take pictures of where she was at with time stamps to prove she was out of town.

I told her that I would inform the court that I spoke with Lisa on the phone and informed her of the papers that I needed to deliver to her, that she said she knew what it was about, and that she was not available to receive them as she was out of town. I asked her if that was all correct, and she replied that it was.

I left a message for attorney Randall Shochet to return my call. Shortly after, Mr. Shochet returned my call. I informed him of what had transpired that day and the conversation I had with Lisa on the phone. We discussed the husband as likely being at the address. I asked Mr. Shochet if he would be okay with substitute service. Mr. Shochet agreed that, in Lisa's absence, substitute service would be okay under the provisions of Florida law at the residence with a co-habitant over the age of 15.

On 07/30/2026 at approximately 8:25 AM, I returned to 2446 Overstreet Place. The same golfcart appeared not to have moved. The garage door was still partially open. I walked into the front porch where this time I saw the television on, a cellular telephone turned upside down on the table, and the birdcage that was now covered. All of this indicates that someone had been there between my visit yesterday and now. I knocked and rang the doorbell several times with again no response, so I left.

On 07/30/2026 at approximately 9:18 AM, I returned to 2446 Overstreet Place. The same golfcart appeared to have not been moved ~~and the~~ garage door partially open. There was an unoccupied blue Ram pickup truck with Florida tag AL44XH parked on the street in front of this address. This time I noticed a white male sitting at the table on the front porch. The man appeared to be approximately 50 to 65 years of age, having long salt/pepper hair that I could see extending from beneath his ball cap. This man was later confirmed by Lisa as being her husband.

As I approached the front porch, I asked if Lisa was there. He asked me who I was. I identified myself and what I had to deliver. I told him that Lisa had told me earlier that I could leave the papers with her husband at the house. I asked him his name and if he lived there, to which he answered that I would need to find her myself in Orlando. I told him that according to Florida law I could leave the papers with him at that address. He said that he was not accepting the papers. I told him that it was not necessary that he actually receive the papers in his hand. I scribed the date and time of service on the papers and laid the Process on the table in front of him. I told him that it was important that Lisa get the papers. He said that he was not going to accept the papers. He then got up and left me standing in the porch. I followed him and saw that he got into the same blue Ram pickup truck that was parked in front of that address.

 M.N

I telephoned attorney Randall Shochet and informed him of what had transpired.

Subscribed and Sworn to before me on the

31 day of July, 2026

by the Affiant who is ☐ personally known to

me, or ☐ who produced identification in the

form of: ______________________

NOTARY PUBLIC

Signature of Affiant / Process Server

Mark Newby
Midstate Security and Investigations, LLC
PO Box 1034
Webster, FL 33597
(352) 444-2216
Certified Process Server – Fifth Judicial Circuit, ID No.10417-9
MSI Job No. PRO2026010

NOTARY PUBLIC
MARIA BELEN ESPINOSA
Notary Public, State of Florida
Commission# HH 419162
My comm. expires July 9, 2027

 M.N