UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

In Re:

**Lynette Michelle Lacey Alexis Preston,**
**aka Lynette Michelle Lacey Alexis Karaidos,**
**aka Lynette Michelle Lacey Alexis Cook,**
**SSN/ITIN: xxx-xx-2618,**

**Case No.: 25-10173-KKS**
**Chapter 7**

Debtor.

_______________________________________________/

**CERTIFICATE OF SERVING AGREED ORDER ON CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER [D.E. 169]**

I HEREBY CERTIFY that a true and correct copy of the true and correct copy of the Agreed Order on Consent Motion for Entry of Protective Order (D.E. 169) was served on October 12, 2026 via electronic mail. I also certify that on October 12, 2026, I served a copy of said document by first class U.S. mail, postage prepaid, or as otherwise indicated, upon the parties listed on the manual service list below.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Northern District of Florida.

Dated: October 12, 2026.

Respectfully submitted,

/s/ Jerome Ramsaran, Esq.
Jerome Ramsaran, Esq. (FBN: 112703)
Ramsaran Law Group
1200 Brickell Ave, Suite 1950
Miami, FL 33131
Tel: (888) 423-9393
Fax: (866) 473-2260

jerome@ramsaranlawgroup.com
info@ramsaranlawgroup.com
*Attorney for Debtor*

**Mailing Information for Case 25-10173-KKS**

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Jerome Ramsaran, Esq. – info@ramsaranlawroup.com; jerome@ramsaranlawgroup.com
- Theresa M. Bender, Esq. – tmbenderch7@gmail.com
- Kevin Forsthoefel, Esq. - kforsthoefel@ausley.com
- Dennis Jay Levine, Esq. – Dennis.LeVine@brockandscott.com, wbecf@brockandscott.com, theresa.byington@brockandscott.com
- Randall M. Shochet, Esq. – attorneys@counsel.insure
- United States Trustee – USTPRegion21.TL.ECF@usdoj.gov

**Manual Notice List**
The following is the list of parties who are not on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Brett Granger
c/o Randall Shochet, Esq.
409 N. Main Street
Trenton, FL 32693-3443

Bruce Matzkin
51 Pleasant Street, Suite 72
Malden, MA 02148

Chase Bank, N.A.
700 Kansas Lane
Monroe, LA 71203-4774

Continental Finance Company
4550 Linden Hill Road, Ste. 400
Wilmington, DE 19808-2952

Cricket Wireless LLC
208 S. Akard Office
Dallas, TX 75202-4206

Deanna West
c/o Randall Shochet, Esq.
409 N. Main Street
Trenton, FL 32693-3443

Elephant Shoe LLC
c/o Randall Shochet, Esq.
409 N. Main Street
Trenton, FL 32693-3443

Larry Forman, Esq.
1139 South Fourth Street
Louisville, KY 40203

Lisa Lee
2518Burnsed Blvd, Suite 38
The Villages, FL 32163

Grow Financial Federal Credit Union
Attn: Legal Dept
PO Box 89909
Tampa, FL 33689-0415

Jeremy Hales
c/o Randall Shochet, Esq.
409 N. Main Street
Trenton, FL 32693-3443

Jeremy Hales
c/o Dennis J. LeVine, Esq.
Brock and Scott PLLC
4919 Memorial Hwy., Suite 135
Tampa, FL 33634-7510

John Cook
151 North Otter Creek Avenue
Otter Creek, FL 32683

Martha Rizk
351 SW State Road 24
Bronson, FL 32621

Medallion Bank
PO Box 3999
St. Joseph, MO 64503-0999

One Main Financial
100 International Drive, 16th Floor
Baltimore, MD 21202

Paypal Credit
PO Box 71707
Philadelphia, PA 19176-1707

Randall Shochet, Esq.
409 N. Main Street
Trenton, FL 32693

Rex West
440 SW 3rd Street
Otter Creek, FL 32683

Sally Beauty Holdings, Inc.
3001 Colorado Boulevard
Denton, TX 76210

Service Financial
PO Box 645775
Cincinnati, OH 45264

Shane Willis
1051 NE 3rd Avenue
Trenton, FL 32693

Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965065
Orlando, FL 32896

Tarant Greaves
1649 South Shenley Avenue
Youngstown, OH 44511

T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

Terese Granger
c/o Randall Shochet, Esq.
409 N. Main Street
Trenton, FL 32693-3443

Verizon Wireless
500 Technology Drive, Suite 550
Weldon Spring, MO 63304-2225