FORM ntsen (Rev. 06/19)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re: Lynette Michelle Lacey Alexis Preston
aka Lynette Michelle Lacey Alexis Karaidos, aka Lynette Michelle Lacey Alexis Cook
SSN/ITIN: xxx−xx−2618
Debtor

Bankruptcy Case No.: 25−10173−MWC

Chapter: 7
Judge: Mary W. Colón

---

***SUBMISSION ERROR NOTIFICATION***

TO: John Cook

You are hereby notified that the Declaration received in this office on October 28, 2026 ***will not be processed until the following error(s) are corrected***:

−No action will be taken by the Court on this filing because the motion referenced in the declaration has not been filed; a declaration submitted in support of an unfiled motion does not present the matter for the Courts consideration.

Your immediate action is required to correct the error(s) noted above. Additional action by the court may not be taken on this document until the error has been resolved.

Dated: October 29, 2026

FOR THE COURT

/s/ Traci E. Abrams
Traci E. Abrams, Clerk of Court
U.S. Bankruptcy Court
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Service: Service by the Court to all parties in interest