FORM ntsen (Rev. 06/19)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re: Lynette Michelle Lacey Alexis Preston
aka Lynette Michelle Lacey Alexis Karaidos, aka Lynette Michelle Lacey Alexis Cook
SSN/ITIN: xxx−xx−2618
Debtor

Bankruptcy Case No.: 25−10173−MWC

Chapter: 7
Judge: Mary W. Colón

***SUBMISSION ERROR NOTIFICATION***

TO: John Cook

You are hereby notified that the Declaration received in this office on October 28, 2026 ***will not be processed until the following error(s) are corrected***:

−A party seeking affirmative relief must file and serve an appropriate motion complying with Fed. R. Bankr. P. 9013 and 9014 and N.D. Fla. LBR 9013−1.

Your immediate action is required to correct the error(s) noted above. Additional action by the court may not be taken on this document until the error has been resolved.

Dated: October 29, 2026

FOR THE COURT

/s/ Traci E. Abrams
Traci E. Abrams, Clerk of Court
U.S. Bankruptcy Court
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Service: Service by the Court to all parties in interest